JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEANO MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant.<br>_____ | Case No. CV 15-2833-PA (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: January 22, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE